IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TYRONE BURNS, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-CV-36(WLS) |
| | * |
| WARDEN SHAWN EMMONS, DEPUTY WARDEN SHORPSHIRE, and DEPUTY WARDEN LEON GIBSON, | * |
| | * |
| Defendants. | |

**J U D G M E N T**

Pursuant to this Court's Order dated December 5, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 5th day of December, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk